# UNITED STATES DISTRICT COURT
for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

*Plaintiff*

v.

**Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X**

*Defendant*

Civil Action No. 2:24-cv-00633-ROS

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Epizontech, LLC in Maricopa County, AZ on March 27, 2024 at 1:30 pm at 9326 North Powderhorn Drive, Fountain Hills, AZ 85268 by leaving the following documents with Gabor Smatko who as Agent is authorized by appointment or by law to receive service of process for Epizontech, LLC.

Summons
Complaint
Cover Sheet
Mag Judge Form
Order re Motions
Additional Description:
Served

Hispanic or Latino Male, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5708393333,-111.7340247167

Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Maricopa County                         ,

    AZ      on   3/28/2024               .

/s/ *Yvette Owens*

Signature
Yvette Owens
+1 (602) 465-6931

