# UNITED STATES DISTRICT COURT

for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

*Plaintiff*

v.

**Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. CV-24-00633-PHX-ROS

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Gabor Smatko in Maricopa County, AZ on March 27, 2024 at 1:27 pm at 9236 North Powderhorn Drive, Fountain Hills, AZ 85268 by personal service by handing the following documents to an individual identified as Gabor Smatko.

Order re Motions
Summons
Mag. Judge Form
Cover Sheet
Complaint
Additional Description:
Accepted for all

Hispanic or Latino Male, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5708403833,-111.7340254333
Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND
CORRECT.

/s/ *Yvette Owens*

_____

Executed in

___Maricopa County_____,

___AZ___ on ___3/28/2024_____.

Signature
Yvette Owens
+1 (602) 465-6931



Exhibit 1a)