# UNITED STATES DISTRICT COURT
for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

*Plaintiff*

v.

**Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X**

*Defendant*

Civil Action No. CV-24-00633-PHX-ROS

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Mobilityless, LLC in Maricopa County, AZ on March 27, 2024 at 1:29 pm at 9236 North Powderhorn Drive, Fountain Hills, AZ 85268 by leaving the following documents with Gabor Smatko who as Agent is authorized by appointment or by law to receive service of process for Mobilityless, LLC.

Order re Motions
Cover Sheet
Mag Judge Form
Complaint
Summons
Additional Description:
Accepted for all

Asian Male, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5708393333,-111.7340247167
Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Maricopa County_____,

__AZ_____ on __3/28/2024_____.

/s/ *Yvette Owens*
_____
Signature
Yvette Owens
+1 (602) 465-6931

