# UNITED STATES DISTRICT COURT
for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

*Plaintiff*

v.

**Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X**

*Defendant*

Civil Action No. CV-24-00633-PHX-ROS

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Monica Smatko in Maricopa County, AZ on March 27, 2024 at 1:32 pm at 9236 North Powderhorn Drive, Fountain Hills, AZ 85268 by leaving the following documents at the usual place of abode of Monica Smatko with Gabor Smatko who is of suitable age and discretion and resides at the usual place of abode with Monica Smatko.

Order re Motions
Summons
Cover Sheet
Mag Judge Form
Complaint
Additional Description:
Accepted for all

Hispanic or Latino Male, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.5708393333,-111.7340247167

Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ⎯⎯Maricopa County⎯⎯, ⎯⎯AZ⎯⎯ on ⎯⎯3/28/2024⎯⎯.

/s/ *Yvette Owens*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature
Yvette Owens
+1 (602) 465-6931

Exhibit 1a)

