# UNITED STATES DISTRICT COURT
for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

*Plaintiff*

v.

**Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X**

*Defendant*

Civil Action No. 2:24-cv-00633-ROS

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Hillsunion, LLC in Maricopa County, AZ on March 28, 2024 at 1:38 pm at 8160 East Butherus Drive, Suite 4, Scottsdale, AZ 85260 by leaving the following documents with Iman Lomdell who as Manager is authorized by appointment or by law to receive service of process for Hillsunion, LLC.

Summons
Cover Sheet
Order re Motions
Mag Judge form
Complaint
Additional Description:
Accepted for all

White Female, est. age 25-34, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6208919667,-111.9051955

Photograph: See Exhibit 1

Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Maricopa County__, __AZ__ on __3/29/2024__.

/s/ *Yvette Owens*
Signature
Yvette Owens
+1 (602) 465-6931

