# UNITED STATES DISTRICT COURT

for the
District of Arizona

**Mary Makuc, and all similarly situated persons**

| | |
|---|---|
| *Plaintiff* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 2:24-cv-00633-ROS |
| **Gabor Smatko, Monica Smatko, Mobilityless, LLC,** | ) |
| **Epizontech, LLC, Fountainmoons, LLC, Hillsunion,** | ) |
| **LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and** | ) |
| **John Does I-X** | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Yvette Owens, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-8378. I am 21 years or older and not a party to this action.

I served the following documents to Fountainmoons, LLC in Maricopa County, AZ on March 28, 2024 at 1:40 pm at 8160 E. Butherus, Suite 4, Scottsdale, AZ 85260 by leaving the following documents with Iman Lomdell who as Manager is authorized by appointment or by law to receive service of process for Fountainmoons, LLC.

Summons
Cover Sheet
Order re Motions
Complaint
Mag Judge form

Middle Eastern Female, est. age 25-34, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6208718955,-111.9052216058
Photograph: See Exhibit 1

Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND
CORRECT.

Executed in

   Maricopa County                   ,

   AZ    on   3/29/2024         .

/s/ *Yvette Owens*

Signature
Yvette Owens
+1 (602) 465-6931



Exhibit 1a)