# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Makuc, | No. CV-24-00633-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Gabor Smatko, et al., | |
| Defendants. | |

A Stipulation to Extend Deadline for Defendants to Respond to the Plaintiff's Class Action Complaint (First Request) (Doc. 14) having been filed,

**IT IS ORDERED** the Stipulation to Extend Deadline (Doc. 14) is **GRANTED**. Defendants shall have through **May 1, 2024**, to Answer or otherwise respond to the Complaint.

Dated this 11th day of April, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge