1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

12

| Mary Makuc, and all similarly situated persons, | No. 2:24-cv-00633-ROS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Gabor Smatko, Monica Smatko, Mobilityless, LLC, Epizontech, LLC, Fountainmoons, LLC, Hillsunion, LLC, Mobilitytrend, LLC, Mogavike2020, LLC, and John Does I-X, | |
| Defendant. | |

20          Pursuant to the Motion to Compel Arbitration and Stay This Action Pending

21     Arbitration (the "Motion"), and good cause appearing therefore,

22          **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff shall arbitrate

23     each of her individual claims against all of the Defendants. Plaintiff is barred from pursuing

24     any claims on behalf of a class action, whether as a class representative or as a member of

25     a class. All proceedings in this action are stayed pending arbitration.

26

27

28