# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Makuc,<br><br>          Plaintiff,<br><br>v.<br><br>Gabor Smatko, et al.,<br><br>          Defendants. | No. CV-24-00633-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 22),

**IT IS ORDERED** the Stipulation (Doc. 22) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 21st day of November, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge